

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2019

No. 04-18-00502-CR

Ronardo **FAIRLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3148
Honorable Joey Contreras, Judge Presiding

## O R D E R

On December 27, 2018, we suspended the appellate deadlines for the court reporter to file a supplemental reporter's record for the sentencing hearing on November 18, 2013. On January 18, 2019, court reporter Maria Fattahi filed the supplemental reporter's record.

We REINSTATE the appellate timetable. We ORDER court-appointed appellate counsel Thomas Lane, SBOT 24087883, to file Appellant's brief within TWENTY DAYS of the date of this order.

Because we have already granted three motions for extension of time to file Appellant's brief, **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE APELLANT'S BRIEF WILL BE GRANTED.**

If Appellant fails to file the brief as ordered, we will immediately and *without further notice* abate this appeal and remand the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court